474 A.2d 670

Commonwealth v. DeLong, Appellant.

Argued December 7, 1983.   Andrew F. Schneider, for appellant; William F. Merz, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Judgment of sentence for falsely impersonating persons privately employed vacated; judgment of sentence for criminal trespass affirmed.